**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KEVIN JEROME MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-CV-1280 HEA |
| ) | |
| SAINT LOUIS CITY JAIL JUSTICE ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis* on appeal. ECF No. 8. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* ECF Nos. 4 & 5; 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal [ECF No. 8] is **DENIED**.

Dated this 9th day of February, 2022.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE