UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN JEROME MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )     No. 4:21CV1280 HEA |
| SAINT LOUIS CITY JAIL JUSTICE CENTER, | ) ) ) ) |
| Defendant. | ) ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Kevin Jerome Moore's second motion for leave to proceed *in forma pauperis* on appeal. ECF No. 14. On February 9, 2022, the Court denied plaintiff's first motion to proceed *in forma pauperis* on appeal. ECF Nos. 8-9. This second motion appears to be filed in response to an Order from the United States Court of Appeals for the Eighth Circuit (ECF No. 12) and it contains Plaintiff's appellate case number. However, Plaintiff has filed the motion in this Court, rather than with the Court of Appeals. The Court will therefore forward the motion and accompanying account statement to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **FORWARD** Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 14) and his certified inmate account statement (ECF No. 15) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that Plaintiff's second motion for leave to proceed *in forma pauperis* on appeal (ECF No. 14) shall be **ADMINISTRATIVELY CLOSED** in this case.

Dated this 28th day of February, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE